IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMAL KEYS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GERALD ROZUM, et al. | : | NO. 10-5099 |

ORDER

AND NOW, this 1 day of Aug, 2012, upon consideration of the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254 and the Response thereto, and after review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo, and objections thereto, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Petition for Writ of Habeas Corpus is DENIED and DISMISSED;

3. A certificate of appealability shall not issue in that, for reasons explained in the Report and Recommendation, a reasonable jurist could not conclude that the Court is incorrect in dismissing petitioner's aforementioned procedurally defaulted and otherwise barred claims, and since petitioner has not made the requisite showing of the denial of a constitutional right with regard to petitioner's remaining claims.

BY THE COURT:

/s/ Berle M. Schiller

BERLE M. SCHILLER, J.